Case 2:05-cv-00260-DWA   Document 4   Filed 08/09/05   Page 1 of 2
Case 2:05-cv-00260-DWA   Document 3   Filed 08/08/2005   Page 1 of 2
Jul.29. 2005  4:51PM     215 572-8025 STERN & STERCHO                No.8829   P. 4

Richard Stern, Esquire
**Stern and Stercho**
410 The Pavilion
Jenkintown, Pennsylvania 19046
(215) 572-8111
Attorney for Secured Creditor, Novastar Mortgage, Inc.

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In The Matter of:<br><br>**Elaine Lee**<br>    Debtor.<br>------------------------------<br>Elaine Lee<br>    Debtor/Plaintiff/Appellant<br><br>v.<br><br>Novastar Mortgage, Inc.<br>    Creditor/Defendant/Appellee | CASE NO. 04-30580 JKF<br><br>CHAPTER 13<br><br>ADVERSARY CASE: 05-2081<br><br>CIVIL ACTION: ~~05-_____~~<br>                05-260 DWA |

## STIPULATION/CONSENT ORDER DISMISSING APPEALS AND DISMISSING BANKRUPTCY CASE

AND NOW this _9th_ day of _Aug_, 2005, it appearing that the parties in the above referenced matters have reached a settlement of all issues pending before this Court and the Bankruptcy Court as set forth in this Order, and Debtor has agreed to pay $5,300.00 in legal fees directly to Counsel for Novastar from funds on hand with the Chapter 13 Trustee, it is hereby ORDERED and DECREED that:

1. The Appeals by Debtor, Elaine Lee, in the above captioned matters are DISMISSED.

2. Debtor, Elaine Lee, may repurchase the Property subject of the appeal by paying $90,622.94 to Novastar prior to the scheduled ejectment date of August 15, 2005 (unless otherwise extended by agreement of the parties or by Order of the State Court). If she does not repurchase the Property in a timely fashion, she waives any and all rights and/or claims in and/or to the Property.

Case 2:05-cv-00260-DWA   Document 4   Filed 08/09/05   Page 2 of 2
Case 2:05-cv-00260-DWA   Document 3   Filed 08/08/2005   Page 2 of 2
Jul.29. 2005  4:52PM     215 572-5025 STERN & STERCHO                      NO.8824   P. 5

3. Any Bankruptcy Court regarding dismissal of the Bankruptcy and payments from the Trustee is hereby incorporated into and made a part of this Order. and the case is Remanded for such purpose.

4. This Order may be filed and recorded in both the Bankruptcy Court and the District Court.

BY THE COURT

*(signature)*
DONETTA W. AMBROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT JUDGE

Seen and agreed by the parties:
Further, facsimile signatures shall be as valid as original signatures:

Stern & Stercho

By: *(signature)*
Richard F. Stern, Esquire
Counsel for Novastar

By: *(signature)*
Daniel J. Garfold
Counsel for Elaine Lee

J:\Steven\Bankruptcy\Lee Elaine Novastar\Consent ORder resolving matters revised.doc